IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ALEXANDER, | : | Civil No. 3:22-cv-1195 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| B. MYERS, E. SPECK, D. WISER, S. ELLENBERGER, K. KIFER, J. TAYLOR, C. GREENLEAF, | : | |
| Defendants | : | |

FILED
SCRANTON

OCT 26 2022

PER _____
DEPUTY CLERK

### ORDER

AND NOW, this 26th day of October, 2022, upon consideration of Defendants' motion (Doc. 12) to deem the brief in support of their motion to dismiss as timely filed and served, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 12) is **GRANTED**.

2. Defendants' brief (Doc. 11) in support of their motion to dismiss is deemed timely filed and served.

3. On or before November 9, 2022, Plaintiff shall file a brief in opposition to Defendants' motion (Doc. 10) to dismiss. Failure to timely file an opposition brief will result in Defendants' motion (Doc. 10) being deemed unopposed. See L.R. 7.6.

_____
Robert D. Mariani
United States District Judge