# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN ALEXANDER,** | : | No. 3:22-CV-1195 |
| Plaintiff | : | |
| | : | Judge Mariani |
| v. | : | |
| | : | |
| **B. MYERS, E. SPECK, D. WISER, S. ELLENBERGER, K. KIFER, J. TAYLOR** and **C. GREENLEAF,** | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 08/05/22* |
| Defendants | : | |

## DEFENDANTS' MOTION TO DISMISS
## THE AMENDED COMPLAINT (DOC. 17)

Defendants, through counsel, hereby file this Motion to Dismiss the Amended Complaint (Doc. 17) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and seek to dismiss all claims with prejudice.

Defendants will file a brief in support of this Motion pursuant to Local Rule 7.5.

WHEREFORE Defendants respectfully request that this Court dismiss the Amended Complaint with prejudice.

                        Respectfully submitted,

                        **MICHELLE A. HENRY**
                        Attorney General

                By:  *s/ Mary Katherine Yarish*
                        **MARY KATHERINE YARISH**

**Office of Attorney General**    **Deputy Attorney General**
**15th Floor, Strawberry Square**  **Attorney ID #328843**
**Harrisburg, PA 17120**
**Phone: (717) 783-6315**       **KAREN M. ROMANO**
                                             **Chief Deputy Attorney General**
[myarish@attorneygeneral.gov](mailto:myarish@attorneygeneral.gov)   **Civil Litigation Section**

**Date:  May 16, 2023**           *Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN ALEXANDER,** | : | No. 3:22-CV-1195 |
| Plaintiff | : | |
| | : | **Judge Mariani** |
| v. | : | |
| | : | |
| **B. MYERS, E. SPECK, D. WISER, S. ELLENBERGER, K. KIFER, J. TAYLOR** and **C. GREENLEAF,** | : | **Electronically Filed Document** |
| | : | |
| | : | *Complaint Filed 08/05/22* |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on May 16, 2023, I caused to be served a true and correct copy of the foregoing document titled *Defendants' Motion to Dismiss the Amended Complaint (Doc. 17)* to the following:

**VIA U.S. MAIL**
**Smart Communications/PADOC**
**John Alexander, HB-6099**
**SCI Somerset**
**P.O. Box 33028**
**St. Petersburg, FL 33733**
*Pro Se Plaintiff*

                                                      *s/ Mary Katherine Yarish*
                                                   **MARY KATHERINE YARISH**
                                                   Deputy Attorney General