**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN ALEXANDER, | : | Civil No. 3:22-cv-1195 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| B. MYERS, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 28th day of August, 2026, the parties are hereby advised of the following scheduling deadlines:

1. Discovery shall be completed on or before October 26, 2026. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

2. On or before November 9, 2026, the parties shall **NOTIFY** the Court whether they are amenable to mediation.

3. On or before November 9, 2026, the parties shall **NOTIFY** the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

4. Dispositive motions shall be filed on or before November 25, 2026.

5. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

6. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of Court, shall be stricken from the record.

7. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

Robert D. Mariani
United States District Judge